**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001370
30-NOV-2015
09:42 AM**

NO. CAAP-14-0001370

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
DARREN RILEY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-1552)

ORDER GRANTING THE NOVEMBER 17, 2015 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Darren Riley's (Appellant) November 17, 2015 Motion to Dismiss Appeal, the papers in support, and the record, it appears that (1) the appeal was docketed February 10, 2015; (2) Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b) and (c) authorize the court to dismiss a docketed criminal appeal upon a motion; (3) Appellant seeks to dismiss the appeal; and (4) the Motion includes Appellant's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, November 30, 2015.


Chief Judge


Associate Judge


Associate Judge